1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GEORGE LEE,

11              Plaintiff,                      No. CIV S-06-0813 FCD KJM P

12        vs.

13    TOM CAREY, et al.,

14              Defendants.                     ORDER

15    _____/

16              Plaintiff has requested an extension of time to file an amended complaint pursuant

17    to the court's order of May 8, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Plaintiff's May 29, 2007 motion for an extension of time is granted; and

19              2.  Plaintiff is granted thirty days from the date of this order in which to file a

20    second amended complaint.

21    DATED:  June 6, 2007.

22    _____

23    U.S. MAGISTRATE JUDGE

24

25    /mp
      lee0813.36

26