IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                        No. CIV S-06-0813 FCD KJM P

    vs.

TOM CAREY, et al.,

      Defendants.           ORDER

                     /

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 14, 2007, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

          The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Americans With Disabilities Act Claims against defendant Stufflebeam. Therefore, the court will order service of process on defendant Stufflebeam. With respect to the other claims and defendants identified in plaintiff's second amended complaint, plaintiff's second amended complaint fails to state a claim upon which relief can be granted.

1

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1. Service is appropriate for defendant Stufflebeam.

3        2. The Clerk of the Court shall send plaintiff a USM-285 form, one summons, an

4   instruction sheet and a copy of the second amended complaint filed June 14, 2007.

5        3. Within thirty days from the date of this order, plaintiff shall complete the

6   attached Notice of Submission of Documents and submit the following documents to the court:

7            a. The completed Notice of Submission of Documents;

8            b. One completed summons;

9            c. One completed USM-285 form; and

10           d. Two copies of the endorsed second amended complaint filed June 14,

11           2007.

12       4. Plaintiff need not attempt service on defendant Stufflebeam and need not

13  request waiver of service.  Upon receipt of the above-described documents, the court will direct

14  the United States Marshal to serve defendant Stufflebeam pursuant to Federal Rule of Civil

15  Procedure 4 without payment of costs.

16  DATED: November 1, 2007.

_____
U.S. MAGISTRATE JUDGE

1
lee08913.1(6.14.07)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,         No. CIV-S-06-0813 FCD KJM P

  vs.

THOMAS CAREY, et al.,         <u>NOTICE OF SUBMISSION</u>

      Defendants.        <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                                Second Amended Complaint

DATED:

                                      _____
                                      Plaintiff