IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,             No. CIV S-06-0813 FCD KJM P

     vs.

TOM CAREY, et al.,

      Defendants.            ORDER

_____/

        On June 18, 2008, plaintiff filed a "request for [a 30 day] enlargement of time" without identifying what dates he wishes extended.[1] His request (#29) is denied without prejudice to resubmission with greater detail as to which dates he requests be extended.

DATED: July 8, 2008.

                                          U.S. MAGISTRATE JUDGE

1
lee0813.36

---

[1] The request was signed on May 28, 2008 and served on May 29, 2008.

1