IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,                      No. CIV S-06-0813 FCD KJM P

    vs.

TOM CAREY, et al.,

        Defendants.          <u>ORDER</u>

/

        Plaintiff has requested an extension of the August 8, 2008 pretrial motion filing deadline. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (#31) is granted; and

        2. The deadline for the parties to file pretrial motions is extended to September 9, 2008.

DATED: August 7, 2008.

                                            U.S. MAGISTRATE JUDGE

1
lee0813.36

1