IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                    No. CIV S-06-0813 FCD KJM P

    vs.

THOMAS CAREY, et al.,

      Defendants.         <u>ORDER</u>

/

        Plaintiff has filed a document in which he asks that the court issue an order directing prison officials to provide plaintiff with writing supplies and access to legal material applicable to this case. Good cause appearing, IT IS HEREBY ORDERED that, within ten days, counsel for defendant shall report to the court whether plaintiff has access to writing supplies so that he may communicate with the court and counsel for defendant and whether plaintiff has access to his legal materials related to this case.

DATED: February 23, 2009.

                                                           U.S. MAGISTRATE JUDGE

1
lee0813.ags