1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE LEE,

11          Plaintiff,                        No. CIV S-06-0813 FCD KJM P

12      vs.

13   THOMAS CAREY, et al.,

14          Defendants.                       <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On September 9, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Defendants

22   have filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de novo</u>  review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed September 9, 2009 are adopted in

3   full;

4   2.  Defendant Stufflebeam's motion for summary judgment (Docket No. 47) is

5   granted in part and denied in part as follows:

6   A.  Granted as to plaintiff's claims for injunctive relief and punitive

7   damages;

8   B.  Denied with respect to plaintiff's claim that defendant Stufflebeam

9   denied plaintiff an accommodation in violation of the Americans With Disabilities Act by failing

10   to allow plaintiff to use an elevator at California State Prison, Solano to access the inmate law

11   library at some time between November 10, 2005 and December 13, 2005; and

12   C.  Defendant is ordered to file his pretrial statement within twenty days.

13   DATED: November 12, 2009.

14

15

16   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26