IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,                  No. CIV S-06-0813 FCD KJM P

    vs.

THOMAS CAREY, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

                                 /

       On November 12, 2009, defendant Stufflebeam was ordered to file his pretrial statement within twenty days. He has not done so. Good cause appearing, IT IS HEREBY ORDERED that defendant Stufflebeam show cause within five days why sanctions should not be imposed for his failure to file his pretrial statement.

DATED: December 9, 2009.

_____
U.S. MAGISTRATE JUDGE

lee00813.osc