# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

               Plaintiff,                     No. 2:06-cv-0813 FCD KJM P

    vs.

TOM CAREY, et al.,

               Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                                    /       **AD TESTIFICANDUM**

         George Lee, inmate # E-15396, a necessary and material witness in proceedings in this case on July 7, 2010, is confined in California Medical Facility (CMF), 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nandor J. Vadas at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on July 7, 2010 at 11:00 a.m.

         ACCORDINGLY, IT IS ORDERED that:

         1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a mediation conference at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and

         2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

         **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CMF, 1600 California Drive, Vacaville, California, 95696:**

         **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas.

         **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  April 29, 2010.

_____
U.S. MAGISTRATE JUDGE

lee0813.841