**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

GEORGE LEE,

          Plaintiff,                   No. 2:06-cv-0813 FCD KJM P

    vs.

THOMAS CAREY, et. al.,

                             **AMENDED**
          Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

        George Lee, inmate # E-15396, a necessary and material witness in proceedings in this case on July 7, 2010, is confined in California Medical Facility, 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nandor J. Vadas at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on July 7, 2010 at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  This shall amend the writ issued April 30, 2010;

        2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        4.  The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-To-Court Desk, California State Prison, Solano, P. O. Box 4000, Vacaville, California 95696.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at California State Prison, Solano, at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and thereafter return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 4, 2010.

                                      _____
                                      U.S. MAGISTRATE JUDGE

lee0813.841(b)