IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                          No. CIV S-06-0813 FCD KJM P

      vs.

THOMAS CAREY, et al.,

      Defendants.               <u>ORDER</u>

      Plaintiff, a state prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983, has filed a motion requesting that the court order officials at his prison to provide plaintiff with certain legal documents, legal books and black pens (Docket No. 68). Plaintiff provides no legal authority in support of his request and there is nothing indicating plaintiff requires these items for any matter related to this action. Therefore, his request is denied.

DATED: May 20, 2010.

                                           U.S. MAGISTRATE JUDGE

1
lee0813.lp

1