## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,                    No. CIV S-06-0813 KJM EFB (TEMP) P

vs.

THOMAS CAREY, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                                              **AD TESTIFICANDUM**

        George Lee, inmate # E-15396, a necessary and material witness in proceedings in this case on May 11, 2011, is confined in California Medical Facility in Vacaville, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at California Medical Facility on May 11, 2011 at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Kathleen Dickinson, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  March 15, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE