# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,                     No. CIV S-06-0813 KJM EFB (TEMP) P

vs.

THOMAS CAREY, et al.,

        Defendants.            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        George Lee, inmate # E-15396, a necessary and material witness in proceedings in this case on May 11, 2011, is confined in California Medical Facility in Vacaville, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, before the Honorable Kimberly J. Mueller, 15th Floor, Courtroom 3, United States Courthouse, 501 I Street, Sacramento, California on May 11, 2011, at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

        4.  The writ of habeas corpus issued March 15, 2011 is quashed.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Kathleen Dickinson, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  March 25, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE