IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

       Plaintiff,                    No. CIV S-06-0813 KJM EFB (TEMP) P

   vs.

THOMAS CAREY, et al.,

       Defendants.          ORDER

_____/

    Plaintiff has requested that the court issue him subpoenas. Because plaintiff has not indicated whom or what material he wishes to subpoena, his request filed June 16, 2011 is denied.

DATED: June 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE