IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

     Plaintiff,                    No. CIV S-06-0813 KJM EFB (TEMP) P

     vs.

THOMAS CAREY, et al.,

     Defendants.              ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with this action under 42 U.S.C. § 1983. On July 14, 2011, Mr. Lee filed a renewed motion for appointment of counsel under 28 U.S.C. § 1915(e)(1). ECF 100. Having carefully reviewed that motion, as well as the recent pre-trial filings in the case, the court finds that appointment of counsel for plaintiff is warranted. Alex M. Medina and Daniel J. Croxall, who have been selected from the court's pro bono attorney panel, are hereby appointed to represent plaintiff at trial.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for the appointment of counsel is granted.

        2. This matter is confirmed to proceed for a three day trial commencing August 8, 2011, at 9:00 a.m. before the undersigned in Courtroom #3.

/////

3. Alex M. Medina and Daniel J. Croxall are appointed as counsel in the above entitled matter. The court understands that Messrs. Medina and Croxall are providing plaintiff an engagement letter confirming the terms of their provision of services; their appointment is contingent on plaintiff's executing and returning the engagement letter. Appointed counsel shall notify the court upon plaintiff's satisfactory execution and return of the letter, within seven days of the date of this order.

4. Messrs. Medina and Croxall shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if they have any questions related to their appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Alex M. Medina and Daniel J. Croxall, DLA Piper LLP, 400 Capitol Mall, Suite 2400, Sacramento, California 95814, and on Mr. Medina at the e-mail address appearing in the court's CM/ECF system, alex.medina@dlapiper.com.

6. Good cause appearing, Messrs. Medina and Croxall are directed to file plaintiff's response, if any, to defendants' requests to substitute trial witnesses (ECF 95 & 101) by 4 p.m. on August 1, 2011. They shall file a trial brief, motions in limine, proposed jury instructions and proposed voir dire as soon as practicable and no later than 4 p.m. on August 3, 2011.

IT IS SO ORDERED.

DATED: July 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

lee0813.31