1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE LEE,

11            Plaintiff,              No. CIV S-06-0813 KJM EFB (TEMP) P

12        vs.

13   THOMAS CAREY, et al.,

14            Defendants.             ORDER

15   _____/

16            On July 27, 2011, plaintiff submitted to the court a subpoena for Amy Whelan to

17   appear at trial.  The court does not serve subpoenas for litigants; the United States Marshal does.

18   Also, plaintiff did not submit witness fees as he is required to do under Rule 45(b)(1) of the

19   Federal Rules of Civil Procedure.  Because plaintiff has recently been appointed counsel, the

20   court will direct the Clerk of the Court to forward the subpoena submitted by plaintiff to

21   plaintiff's counsel.

22   /////

23   /////

24   /////

25   /////

26   /////

1          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court forward to

2    plaintiff's counsel the subpoena submitted to the court by plaintiff on July 27, 2011.

3    DATED: August 1, 2011.

4

5                                        _____

6                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   lee0813.sub(2)