ALEXANDER M. MEDINA (SBN 222015)
DANIEL J. CROXALL (SBN 258390)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Plaintiff
GEORGE LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>           Plaintiff,<br><br>    v.<br><br>THOMAS CAREY, et al.,<br><br>           Defendants. | CASE NO.  2:06-cv-00813 KJM EFB<br><br>**STIPULATION AND ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Trial Date:  August 8, 2011 |

The parties, through their undersigned counsel of record, hereby stipulate and agree as follows:

1. That no reference shall be made at trial to the fact that plaintiff George Lee ("Plaintiff") is currently serving a life sentence and that any documents mentioning that fact shall be appropriately redacted (thereby mooting Plaintiff's Motion *in Limine* No. 1); §

2. that the law library at CSP-Solano is a service, program, or activity within the meaning of the Americans with Disabilities Act (the "ADA") that is offered to inmates who are otherwise qualified to use it;

3. that Plaintiff was "otherwise qualified" to use and access the law library at CSP-Solano from November 20, 2005 through December 23, 2005 for the purposes of the ADA;

4. that the parties' proposed trial exhibits are "authentic" for evidentiary purposes;

5. that Defendant shall not object to the admissibility of Plaintiff's proposed trial exhibit Nos. 1 and 2;

6.     that Plaintiff shall not object to the admissibility of Defendant's proposed trial exhibits A and D-12 through D-13; and

7.     that, to the extent possible, the jury will not view Plaintiff in shackles or other restraining devices.

The parties respectfully request that the Court enter this Stipulation as an Order of the Court.

Dated: August 1, 2011

                                                DLA PIPER LLP (US)

By **/s/ Alexander M. Medina**
    ALEXANDER M. MEDINA
    Attorneys for Plaintiff
    GEORGE LEE


DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By **/s/ Phillip L. Arthur**
    PHILLIP L. ARTHUR
    Deputy Attorney General
    Attorneys for Defendant
    CORRECTIONAL OFFICER
    STUFFLEBEAM

IT IS SO ORDERED

Date: August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER   2:06-CV-00813 KJM EFB

WEST\224129329.1