ALEXANDER M. MEDINA (SBN 222015)
DANIEL J. CROXALL (SBN 258390)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Plaintiff
GEORGE LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS CAREY, et al.,<br><br>  Defendants. | CASE NO. 2:06-cv-00813 KJM EFB<br><br>**STIPULATION AND ORDER FOR SHORT TRIAL CONTINUANCE PENDING FINALIZATION OF TENTATIVE SETTLEMENT**<br><br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: August 8, 2011 |

Counsel for Plaintiff and Defendant, through his counsel of record, hereby stipulate and agree as follows:

1. Plaintiff's counsel has authority to negotiate a settlement of the above-captioned matter, subject to Plaintiff's approval of the settlement amount. Accordingly, Plaintiff's counsel and Defendant have engaged in settlement negotiations and on August 2, 2011, reached a settlement in principle that, if finalized, would fully and finally dispose of this action. Plaintiff's counsel believes that Plaintiff will agree to the settlement amount.

2. Because Plaintiff is currently incarcerated at the California Medical Facility in Vacaville, CA, communicating with him is subject to several logistical hurdles making it impossible to communicate with him on short notice. It is thus possible that Plaintiff's counsel will not be able to communicate with Plaintiff about the tentative settlement agreement until Thursday, August 4, 2011 at the earliest.

3. To avoid the unnecessary consumption of time and resources by the attorneys, the Court, staff of the California Department of Corrections and Rehabilitation, and potential jurors that would occur in making preparations for a trial that likely will not go forward, Plaintiff's counsel and Defendant have agreed to a short (*e.g.*, a one- or two-week) continuance of the trial date to allow sufficient time to finalize a settlement without the added pressure of trial preparation. They therefore request that the Court grant this request and reschedule the trial for the soonest available date that is at least one week after the current trial date of August 8, 2011.

4. If Plaintiff formally accepts the settlement offer, Plaintiff's counsel will immediately file a Notice of Settlement pursuant to Local Rule 160.

The parties respectfully request that the Court enter this Stipulation as an Order of the Court.

Dated: August 2, 2011

DLA PIPER LLP (US)

By **/s/ Alexander M. Medina**
ALEXANDER M. MEDINA
Attorneys for Plaintiff
GEORGE LEE

DEPUTY ATTORNEY GENERAL, STATE OF CALIFORNIA

By **/s/ Phillip L. Arthur**
PHILLIP L. ARTHUR
Deputy Attorney General
Attorneys for Defendant
CORRECTIONAL OFFICER STUFFLEBEAM

## ORDER

The court having carefully reviewed the parties' stipulation, and also having reviewed the court's availability for a continued trial over the next several weeks, orders as follows: Given the possibility that plaintiffs' counsel will be able to communicate with plaintiff by Thursday, August 4, counsel is directed to provide a further joint status no later than 10 a.m. on Friday, August 5, advising the court if plaintiff's counsel have been able to communicate with plaintiff and if so whether the case has settled. The parties' request to continue the trial date is submitted pending submission of this further status report.

IT IS SO ORDERED.

Date: August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE