IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

    Plaintiff,                      No.  2:06-cv-0813 KJM CKD P

    vs.

WARDEN THOMAS CAREY, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner represented by counsel.  This case was closed on November 3, 2011 pursuant to a stipulation for voluntary dismissal filed by the parties on October 31, 2011.  On November 26, 2012, plaintiff filed two documents in propria persona. Because plaintiff is represented by counsel in this case, all filings must be through counsel.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 26, 2012 motion (Dkt. No. 134) is DENIED without prejudice to refiling by counsel and plaintiff's November 26, 2012 filing (Dkt. No. 135) is disregarded.

Dated: March 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8lee0813.ps

1